# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
Sanders, Matthew E § Case No. 10-57582
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

10:00 a.m.
on December 18, 2012
in Courtroom 744, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Kenneth S. Gardner
                                        Clerk of the US Bankruptcy Court

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Sanders, Matthew E § Case No. 10-57582
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 48,630.47 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 48,630.47 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 2,727.77 | $ 0.00 | $ 2,727.77 |
| Total to be paid for chapter 7 administrative expenses | | | $ 2,727.77 |
| Remaining Balance | | | $ 45,902.70 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,292.27 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | IRS - Notice 2010 | $ 1,292.27 | $ 0.00 | $ 1,292.27 |

  Total to be paid to priority creditors  $ 1,292.27

  Remaining Balance  $ 44,610.43

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,404.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 10,516.49 | $ 0.00 | $ 10,516.49 |
| 000002 | Capital One Bank (USA), N.A. | $ 4,888.19 | $ 0.00 | $ 4,888.19 |

  Total to be paid to timely general unsecured creditors  $ 15,404.68

  Remaining Balance  $ 29,205.75

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 254.98 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 100.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003B | IRS - Notice 2010 | $ 254.98 | $ 0.00 | $ 254.98 |

| | |
|---|---|
| Total to be paid to subordinated unsecured creditors | $ 254.98 |
| Remaining Balance | $ 28,950.77 |

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 97.95 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 28,852.82 .

Prepared By: /s/ Joseph A. Baldi
                        Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-57582-ERW
Matthew E Sanders                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mmyers              Page 1 of 2              Date Rcvd: Nov 21, 2012
                               Form ID: pdf006           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2012.
db         +Matthew E Sanders,    1343 Inverness Drive,    Elgin, IL 60120-8166
16615834   +Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
16615835    Baker Miller Markoff & Krasny,    29 N Wacker Dr,    5th Floor,   Chicago, IL 60606-3221
16615836   +Blatt Hasenmiller,    125 S Wacker Drive,   Suite 400,    Chicago, IL 60606-4440
16615838   ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One, N.a.,    Bankruptcy Dept,    Po Box 5155,
               Norcross, GA 30091)
16615839   +Credit Management,    4200 International Pwy,   Carrolton, TX 75007-1912
16615840   ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,    Attn: Bankruptcy Dept.,    Po Box 81577,
               Austin, TX 78708)
16615841   #+Denise DiMarzo,   1253 Horseshoe Lane,    Bartlett, IL 60103-1876
16615844    Illinois Department of Revenue,    PO Box 19084,    Springfield, IL 62794-9084
16615846   +Kubs Capital LLC,   c/o FK & M Law Offices LLC,    64 W Seegers Rd #101,
             Arlington Heights, IL 60005-3917
16615848    Northland Group Inc,    POBox 390857,   Edina, Mn 55439

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16615833   +E-mail/Text: RBALTAZAR@ARMORSYS.COM Nov 22 2012 02:11:58      Armor Systems Co,   1700 Kiefer Dr,
             Suite 1,   Zion, IL 60099-5105
16615837   +E-mail/Text: cms-bk@cms-collect.com Nov 22 2012 02:15:05      Capital Managment Svc,
             726 Exchange St #700,    Buffalo, NY 14210-1464
17195051    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 22 2012 02:33:49       Capital One Bank (USA), N.A.,
             by American InfoSource LP as agent,    PO Box 248839,   Oklahoma City, OK  73124-8839
17061414    E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2012 02:30:07       Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
16615842   +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2012 02:30:07       Discover Fin,   Po Box 6103,
             Carol Stream, IL 60197-6103
16615843   +E-mail/Text: cms-bk@cms-collect.com Nov 22 2012 02:15:05      GE Capital/Men's warehouse,
             c/o Capital Magagement Service LP,    726 Exchange St #700,   Buffalo, NY 14210-1464
16615845    E-mail/Text: cio.bncmail@irs.gov Nov 22 2012 02:07:04      IRS - Notice 2010,    PO Box 7346,
             Philadelphia, PA 19101-7346
16615847   +E-mail/Text: resurgentbknotifications@resurgent.com Nov 22 2012 02:08:47       Lvnv Funding Llc,
             Po Box 740281,   Houston, TX 77274-0281
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2012**                    **Signature:**   *Joseph Speetjens*

Case 10-57582    Doc 21    Filed 11/21/12    Entered 11/23/12 23:37:47    Desc Imaged
Certificate of Notice    Page 6 of 6

```
District/off: 0752-1           User: mmyers                Page 2 of 2                   Date Rcvd: Nov 21, 2012
                               Form ID: pdf006             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2012 at the address(es) listed below:

        Daniel J Winter    on behalf of Debtor Matthew Sanders djw@dwinterlaw.com,   djwlaw@gmail.com, r.m.engelmann@gmail.com,lgdanwinter@gmail.com,kasiadanwinter@gmail.com

        Joseph A Baldi    jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 3