UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
Sanders, Matthew E                        §        Case No. 10-57582
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                 . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi, Trustee _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
|  |  |  |  |
| Matthew E Sanders |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Denise DiMarzo 1253 Horseshoe Lane Bartlett, IL 60103 | | | | | |
| | Illinois Department of Revenue PO Box 19084 Springfield, IL 62794-9084 | | | | | |
| 000003A | IRS - NOTICE 2010 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Arrow Financial Services 5996 W Touhy Ave Niles, IL 60714 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Baker Miller Markoff & Krasny 29 N Wacker Dr 5th Floor Chicago, IL 60606-3221 | | | | | |
| | Blatt Hasenmiller 125 S Wacker Drive Suite 400 Chicago, IL 60606 | | | | | |
| | Capital Managment Svc 726 Exchange St #700 Buffalo, NY 14210 | | | | | |
| | Credit Management 4200 International Pwy Carrolton, TX 75007 | | | | | |
| | Dell Financial Services Attn: Bankruptcy Dept. Po Box 81577 Austin, TX 78708 | | | | | |
| | GE Capital/Men's warehouse c/o Capital Magagement Service LP 726 Exchange St #700 Buffalo, NY 14210 | | | | | |
| | Kubs Capital LLC c/o FK & M Law Offices LLC 64 W Seegers Rd #101 Arlington Heights, IL 60005 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Northland Group Inc POBox 390857 Edina, Mn 55439 | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000003B | IRS - NOTICE 2010 | | | | | |
| | CAPITAL ONE BANK (USA), N.A. | | | | | |
| | DISCOVER BANK | | | | | |
| | IRS - NOTICE 2010 | | | | | |
| | IRS - NOTICE 2010 | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - SANDERS
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:      1

Exhibit 8

| Case No: | 10-57582 | ERW | Judge: Eugene R. Wedoff | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Sanders, Matthew E | | | | Date Filed (f) or Converted (c): | 12/30/10 (f) |
| | | | | | 341(a) Meeting Date: | 02/18/11 |
| For Period Ending: 03/18/13 | | | | | Claims Bar Date: | 06/29/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. chase checking | 400.00 | 0.00 | | 0.00 | FA |
| 2. Houesehold goods | 800.00 | 0.00 | | 0.00 | FA |
| 3. Books | 100.00 | 0.00 | | 0.00 | FA |
| 4. clothes | 200.00 | 0.00 | | 0.00 | FA |
| 5. Jewlery | 500.00 | 0.00 | | 0.00 | FA |
| 6. Musical instruments: 4 Guitars, amps | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Term Life insurance- from job- no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 8. 401 K just started | 100.00 | 0.00 | | 0.00 | FA |
| 9. 2001 Toyota camry (117,000 miles) | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Inheritance proceeds (u) | 0.00 | 48,630.47 | | 48,630.47 | FA |
| Debtor was entitled to receive a portion of the Debtor's aunt's probate; Trustee asserted an interesrt in the probate estate; Trustee collected Debtor's interest upon distribuiton from the probate estate. | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $6,100.00 | $48,630.47 | | $48,630.47 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Potential interest in probate estate--will keep open to see if any interest after probate claims paid

Initial Projected Date of Final Report (TFR): 06/30/13      Current Projected Date of Final Report (TFR): 06/30/13

/s/      Joseph A. Baldi, Trustee

_____      Date: 03/18/13

FORM 1 - SANDERS
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-57582   ERW   Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | Sanders, Matthew E | Date Filed (f) or Converted (c): | 12/30/10 (f) |
| | | 341(a) Meeting Date: | 02/18/11 |
| | | Claims Bar Date: | 06/29/11 |

JOSEPH A. BALDI, TRUSTEE

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 17.01

FORM 2 - PAGE 11

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-57582 -ERW |
| Case Name: | Sanders, Matthew E |
| Taxpayer ID No: | *******1983 |
| For Period Ending: | 03/18/13 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******8662 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/12/12 | 10 | PATRICIA PLOSAJ TRUST %ATG Trust Company Fiduciary Account 1 South Wacker Dr, Suite 2400 Chicago, IL 60606 | INHERITANCE - TRUST | 1229-000 | 48,630.47 | | 48,630.47 |
| 12/19/12 | 001001 | JOSEPH A. BALDI , as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois  60603 | Chapter 7 Compensation/Fees | 2100-000 | | 2,728.04 | 45,902.43 |
| 12/19/12 | 001002 | IRS - Notice 2010 PO Box 7346 Philadelphia, PA 19101-7346 | Claim 000003A, Payment 100.59276% | | | 1,299.93 | 44,602.50 |
| | | | Claim          1,292.27 | 5800-000 | | | |
| | | | Interest             7.66 | 7990-000 | | | |
| 12/19/12 | 001003 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 100.59259% | | | 10,578.81 | 34,023.69 |
| | | | Claim         10,516.49 | 7100-900 | | | |
| | | | Interest            62.32 | 7990-000 | | | |
| 12/19/12 | 001004 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 248839 Oklahoma City, OK 73124-8839 | Claim 000002, Payment 100.59265% | | | 4,917.16 | 29,106.53 |
| | | | Claim          4,888.19 | 7100-900 | | | |
| | | | Interest            28.97 | 7990-000 | | | |
| 12/19/12 | 001005 | IRS - Notice 2010 PO Box 7346 | Claim 000003B, Payment 100.59220% | | | 256.49 | 28,850.04 |

| | | | Page Subtotals | 48,630.47 | 19,780.43 | |
|---|---|---|---|---|---|---|

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2 - PAGE 1.3

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-57582  -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Sanders, Matthew E | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8662  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1983 | | |
| For Period Ending: | 03/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Philadelphia, PA 19101-7346 | | | | | | | |
| | | | Claim | 254.98 | | 7300-000 | | | |
| | | | Interest | 1.51 | | 7990-000 | | | |
| 12/19/12 | 001006 | Matthew E Sanders | Surplus Funds | | | 8200-002 | | 28,850.04 | 0.00 |
| | | 1343 Inverness Drive | | | | | | | |
| | | Elgin, IL  60120 | | | | | | | |

|  | COLUMN TOTALS | 48,630.47 | 48,630.47 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 48,630.47 | 48,630.47 | |
| | Less:  Payments to Debtors | | 28,850.04 | |
| | Net | 48,630.47 | 19,780.43 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******8662 | 48,630.47 | 19,780.43 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 48,630.47 | 19,780.43 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          28,850.04

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*